COPY

Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

ORIGINAL FILED

DEC 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER B. HOYE, II,

   Plaintiff,

v.

CITY OF OAKLAND,

   Defendant.

C07 06411 CRB

PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

TO THE ABOVE-NAMED DEFENDANT:

PLAINTIFF WALTER B. HOYE, II HEREBY APPLIES TO THIS COURT:

A. For an order to temporarily restrain defendants City of Oakland and its agents, employees, representatives, attorneys, and the Oakland Police Department from enforcing City of Oakland Municipal Code Chapter 8.50 (consisting of §§8.50.010 et seq.).

B. For an Order to Show Cause why a Preliminary Injunction should not be issued enjoining defendants City of Oakland and its agents, employees, representatives, attorneys, and the Oakland Police Department from enforcing City of Oakland Municipal Code Chapter 8.50 (consisting of §§8.50..010 et seq.), pending a trial on the merits in this action.

C. This Application is made pursuant to Federal Rule of Civil Procedure 65 and is based on the complaint on file in this action, on the Memorandum of Points and Authorities in support of

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

APPLICATION

Page 1

1  Plaintiffs' Application, the accompanying declaration of Walter B. Hoye, II, and Request for Judicial
2  Notice, and all other papers and pleadings of record in this action, and such other oral and written
3  information as may come before the Court at the hearing on this Application.

7  Dated: December 19, 2007

                                                                MICHAEL MILLEN, ESQ.
                                                                ATTORNEY FOR PLAINTIFF