

1   Michael Millen
    Attorney at Law (#151731)
    119 Calle Marguerita  Ste. 100
2   Los Gatos, CA  95032  E-FILING
    Telephone: (408) 871-0777
3   Fax: (408) 516-9861
    mikemillen@aol.com
4

5   Catherine Short, Esq.
    Life Legal Defense Foundation  ADR
6   PO Box 1313
    Ojai, CA 93024
7   (805) 640-1940

8   Attorneys for Plaintiff

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
    WALTER B. HOYE, II,                     NO.  C 07  06411 CRB
12
            Plaintiff,                      **DECLARATION OF WALTER B.**
13                                          **HOYE, II IN SUPPORT OF**
        v.                                  **PLAINTIFFS' APPLICATION FOR**
14                                          **TEMPORARY RESTRAINING**
    CITY OF OAKLAND,                        **ORDER AND ORDER TO SHOW**
15                                          **CAUSE RE PRELIMINARY**
            Defendant.                      **INJUNCTION**
16

17      I, Walter B. Hoye, II, hereby declare:

18      1.  I am the plaintiff in this action and am seeking to have Oakland Municipal Code

19   Chapter 8.50 (the "Ordinance") rendered unenforceable.

20      2.  Due to my moral, religious, and political beliefs, I have regularly engaged in pro-life,

21   anti-abortion speech activities within the City.  These speech activities include hand-to-hand

22   leafleting, education about abortion, and holding signs with a pro-life, anti-abortion message

23   (herein "free speech activities").  All of these free speech activities occur on public sidewalks or

24   other public fora, where I can convey my message to the public.

25      3.  As part of my free speech activity, I go to facilities where abortions are performed and

26   stand on the public sidewalk and other public thoroughfares.  As persons approach the abortion

27   clinic I attempt to gently and peacefully offer them a piece of literature which describes why I

28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**                    Page 1
**APPLICATION FOR TRO AND PRELIM. INJUNCTION**

believe abortion is wrong and which attempts to dissuade the person from obtaining an abortion at the clinic.

4. Sometimes when I go a clinic I see that there are other persons there who advocate a different belief about abortion than I do. These persons, whom I call "clinic escorts", also attempt to communicate with persons approaching the clinic and encourage them to go into the clinic and receive services. Sometimes more than one escort will surround a person, and this makes it difficult for me to converse with the person.

5. Sometimes persons approaching the clinic do not say much of anything to anyone, and it is unlikely that I would be able to recognize their consent for me to get closer than eight feet because of the noise the escorts make and the way they block my view of persons going into the clinic. If clinic escorts are allowed to go right up to persons approaching the clinic and I am forbidden from getting within 8 feet of them, it will be almost impossible for me to get my message across to them.

6. I do not want to be arrested for merely going to persons and handing them literature, and I currently intend to refrain from getting within eight feet of them unless this Court enjoins enforcement of the Ordinance. As a consequence, my ability to communicate with my intended audience will be drastically reduced.

//

//

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**
**APPLICATION FOR TRO AND PRELIM. INJUNCTION**                    Page 2

1

2          I declare under penalty of perjury under the laws of the State of California and the United

3    States that the foregoing is true and correct.

4

5

6    Dated: December 18, 2007                    _____

7                                                        WALTER B. HOYE, II

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF**                    Page 3
**APPLICATION FOR TRO AND PRELIM. INJUNCTION**