COPY

Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita, Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

ORIGINAL FILED

DEC 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER B. HOYE, II,

    Plaintiff,

v.

CITY OF OAKLAND,

    Defendant.

No.: C07 06411 CRB

**PROOF OF SERVICE REGARDING APPLICATION FOR T.R.O.**

I, Michael Millen, hereby declare:

1. I am a licensed attorney and represent plaintiff in this action.

2. On December 19, 2007, at or about 9:50 a.m. I called the office of the Oakland City Attorney, informed the receptionist that I was calling to give notice concerning a court matter, and was told that I should direct my communication to Mr. Celso Ortiz, Esq., the "Attorney of the Month". I was also given contact information for Ms. Ortiz' assistant. I then emailed Mr. Ortiz and his assistant, in PDF format, the unfiled documents (Complaint, TRO Application, Memo of Points and Authorities, Request for Judicial Notice, Declaration of Walter Hoye, and proposed order) which are being filed in this matter. I also called Mr. Ortiz' direct-dial phone number as well as his assistant's direct-dial phone number and left a message identifying myself, explaining

1  this proceeding, the fact that the papers had been emailed, and a request that I be contacted
2  immediately if the email failed to go through.
3      I declare under penalty of perjury under the laws of the State of California and the United
4  States that the foregoing is true and correct.

8  Dated: December 19, 2007

                          MICHAEL MILLEN, ESQ.
                          ATTORNEY FOR PLAINTIFF