**CIVIL MINUTES**

Judge **CHARLES R. BREYER**

Date: **December 20, 2007**

**C-07-06411 CRB**

**WALTER B. HOYE, II** v. **CITY OF OAKLAND**

Attorneys:   Michael Millen                    Vickie Laden

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: __Belle Ball__

**PROCEEDINGS:**                                                                **RULING:**

1. Telephonic Conference re TR-  Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court ____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO January 17, 2008 @ 10:00 am for  Status Conference

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                          Type of Trial: ( )Jury    ( )Court

Notes: _____