MICHAEL MILLEN, ATTORNEY AT LAW

119 Calle Marguerita  Ste. 100 • Los Gatos, CA  95032

(408) 871-0777 • FAX  (408) 516-9861 • CELL (408) 891-3994 • E-mail: MikeMillen@aol.com

January 16, 2008

The Honorable Charles R. Breyer
U.S. District Court
Nor. District of California
450 Golden Gate Ave.
San Francisco, CA  94102

> In Re:  *Hoye v.  City of Oakland*
> U.S. District Court No. C07-06411 CRB

Dear Judge Breyer:

Plaintiffs have reviewed the proposed amended ordinance.  The heart of plaintiff's challenge has been that the definition of "counseling" renders the original ordinance impermissibly viewpoint based.  We agree that this change to 2(f) vitiates that claim, and it would appear that this particular challenge will be moot upon final passage of the amended ordinance.

While plaintiff reserves the right to challenge the amended ordinance, at this point doing so would likely necessitate an amended complaint and possibly an analysis of how the new ordinance is actually interpreted and applied.

For these reasons, plaintiff believes that, upon confirmation of final passage, it would be appropriate for the instant action to be deemed moot and for the court to set a hearing on the issue of plaintiff's attorney's fees under 42 U.S.C. §1988, Cal. Code of Civ. Pro. §1021.5, and Cal. Civ. Code §52.1(h).  Plaintiff's costs and attorneys fees are currently less than $5,000.

Sincerely,

Michael Millen

cc      Vicki Laden (by email only)