1 | JOHN A. RUSSO, City Attorney, SBN 129729
VICKI A. LADEN, Supervising City Attorney, SBN 130147
2 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
3 | Telephone:   (510) 238-4941
Facsimile:    (510) 238-6500
4 | Email: vladen@oaklandcityattorney.org
X03107:441611

5 |
Attorneys for Defendant
6 | CITY OF OAKLAND

7 |

8 |               UNITED STATES DISTRICT COURT

9 |               NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | WALTER B. HOYE, II,                  | Case No. C 07-06411 (CRB)

12 |         Plaintiff,                   | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND SUSPEND ADR REQUIREMENTS; [PROPOSED] ORDER**

13 |    v.

14 | CITY OF OAKLAND,

15 |         Defendant.

16 |

17 |     The parties to the above-captioned litigation hereby stipulate by and through their

18 | undersigned counsel of record to request that this court continue the Case Management Conference

19 | currently set for March 28, 2008, at 8:30 a.m. to a date and time convenient to the Court's calendar

20 | other than May 2, 2008.

21 |     GOOD CAUSE exists for the request for continuance because counsel for defendant City of

22 | Oakland will be out of the country from March 21–April 5, 2008, pursuant to longstanding plans.

23 |     The parties also request that the court temporarily suspend all local ADR requirements

24 | ///

25 | ///

26 | ///

STIPULATION TO CONTINUE CASE                - 1 -                         C 07-06411 CRB
MANAGEMENT CONFERENCE DATE

as the complaint essentially seeks injunctive and declaratory relief concerning a municipal regulation.

                         MICHAEL MILLEN
                         Attorney at Law

Dated: March 14, 2008        By: _____
                         MICHAEL MILLEN
                         Attorney for Plaintiff WALTER B. HOYE II


                         OFFICE OF THE CITY ATTORNEY

Dated: March 14, 2008        By: _____
                         VICKI LADEN, Supervising Deputy City Attorney
                         Attorney for Defendant CITY OF OAKLAND

**ORDER**

      Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for the Initial Case Management Conference shall be continued from March 28, 2008, at 8:30 a.m. to _____, at _____.m. The parties shall file a Joint Case Management Conference Statement by _____. Further, all local ADR requirements are hereby suspended until further order of the court.

**IT IS SO ORDERED.**

Dated: _____

                                               _____
                                             CHARLES R. BREYER
                                             U.S. District Court Judge