JOHN A. RUSSO, City Attorney, SBN 129729
VICKI A. LADEN, Supervising City Attorney, SBN 130147
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:     (510) 238-4941
Facsimile:      (510) 238-6500
Email:  vladen@oaklandcityattorney.org
X03107:441611

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, | Case No. C 07-06411 (CRB) |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND SUSPEND ADR REQUIREMENTS;** ~~[PROPOSED]~~ **ORDER** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

The parties to the above-captioned litigation hereby stipulate by and through their

undersigned counsel of record to request that this court continue the Case Management Conference

currently set for March 28, 2008, at 8:30 a.m. to a date and time convenient to the Court's calendar

other than May 2, 2008.

GOOD CAUSE exists for the request for continuance because counsel for defendant City of

Oakland will be out of the country from March 21–April 5, 2008, pursuant to longstanding plans.

The parties also request that the court temporarily suspend all local ADR requirements

///

///

///

as the complaint essentially seeks injunctive and declaratory relief concerning a municipal regulation.

MICHAEL MILLEN
Attorney at Law

Dated: March 14, 2008        By: _____
MICHAEL MILLEN
Attorney for Plaintiff WALTER B. HOYE II


OFFICE OF THE CITY ATTORNEY

Dated: March 14, 2008        By: _____
VICKI LADEN, Supervising Deputy City Attorney
Attorney for Defendant CITY OF OAKLAND

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for the Initial Case Management Conference shall be continued from March 28, 2008, at 8:30 a.m. to _May 15, 2008_, at _8:30_ a .m.  The parties shall file a Joint Case Management Conference Statement by ___May 09, 2008_____. Further, all local ADR requirements are hereby suspended until further order of the court.

**IT IS SO ORDERED.**

Dated: _March 17, 2008_____

_____
CHARLES
U.S. District

IT IS SO ORDERED

Judge Charles R. Breyer

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE DATE                    - 2 -                    C 07-06411 CRB