Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER B. HOYE, II, | NO.:  C07-06411 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CMC** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

The parties hereby stipulate as follows:

1. Defendant City of Oakland represents that on February 5, 2008, it amended the Ordinance in question (Oakland Municipal Code Chapter 8.50).  As part of that amending process, the City removed the language from the Ordinance which had served as a basis for plaintiff's Application for Temporary Restraining Order.

2. Plaintiffs have indicated that they intend to file an amended complaint and motion for preliminary injunction within the next 30 days.

3. Accordingly, the parties request that the court continue the May 15, 2008, CMC for at least 90 days to allow the preliminary injunction motion to be heard and decided.

```
 1       4. Plaintiff respectfully requests that the court not choose a date between August 11 and
 2   August 22, 2008, due to professional and personal commitments.
 3
 4
 5   Dated: May 7, 2008                                      _____
 6                                                           MICHAEL MILLEN, ESQ.
 7                                                           ATTORNEY FOR PLAINTIFF
 8
 9
                                                             JOHN A. RUSSO, CITY ATTORNEY
10                                                           FOR THE CITY OF OAKLAND
11
12   Dated:  5/8/08
                                                             _____ for VAL
13                                                           VICKI LADEN, ESQ.
                                                             SUPERVISING DEPUTY CITY
14                                                           ATTORNEY
15
16
17                                       ORDER
18       The Court, having considered the Stipulation set forth above, hereby orders that the CMC
19   set for May 15, 2008, is hereby continued to _____, 2008 at 8:30 a.m.
20   IT IS SO ORDERED.
21
22   Dated:
23                                                           _____
24                                                           CHARLES R. BREYER
                                                             UNITED STATES DISTRICT JUDGE
25
26
27
28
```