Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND,<br><br>        Defendant. | NO.:  C07-06411 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE CMC** |

The parties hereby stipulate as follows:

1. Defendant City of Oakland represents that on February 5, 2008, it amended the Ordinance in question (Oakland Municipal Code Chapter 8.50).  As part of that amending process, the City removed the language from the Ordinance which had served as a basis for plaintiff's Application for Temporary Restraining Order.

2. Plaintiffs have indicated that they intend to file an amended complaint and motion for preliminary injunction within the next 30 days.

3. Accordingly, the parties request that the court continue the May 15, 2008, CMC for at least 90 days to allow the preliminary injunction motion to be heard and decided.

1    4. Plaintiff respectfully requests that the court not choose a date between August 11 and
2    August 22, 2008, due to professional and personal commitments.

5    Dated: May 7, 2008

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFF

JOHN A. RUSSO, CITY ATTORNEY
FOR THE CITY OF OAKLAND

Dated: 5/8/08

_____ for VAL
VICKI LADEN, ESQ.
SUPERVISING DEPUTY CITY
ATTORNEY

## ORDER

The Court, having considered the Stipulation set forth above, hereby orders that the CMC set for May 15, 2008, is hereby continued to ____August 22____, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: May 9, 2008

IT IS SO ORDERED
Judge Charles R. Breyer