Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND,<br><br>　　　Defendant. | NO.:  C07-06411 CRB<br><br>**PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

TO THE ABOVE-NAMED DEFENDANT:

PLAINTIFF WALTER B. HOYE, II HEREBY APPLIES TO THIS COURT:

A. For an order to temporarily restrain defendants City of Oakland and its agents, employees, representatives, attorneys, and the Oakland Police Department from enforcing City of Oakland Municipal Code Section 8.50.010 et seq.

B. For an Order to Show Cause why a Preliminary Injunction should not be issued enjoining defendants City of Oakland and its agents, employees, representatives, attorneys, and the Oakland Police Department from enforcing City of Oakland Municipal Code Chapter 8.50 (consisting of §§8.50.010 et seq.), pending a trial on the merits in this action.

C. This Application is made pursuant to Federal Rule of Civil Procedure 65 and is based on the complaint on file in this action, on the Memorandum of Points and Authorities

1  in support of Plaintiffs' Application, the accompanying declaration of Walter B. Hoye, II,
2  and Request for Judicial Notice, and all other papers and pleadings of record in this action,
3  and such other oral and written information as may come before the Court at the hearing on
4  this Application.

7  Dated: May 22, 2008

                                            MICHAEL MILLEN, ESQ.
                                            ATTORNEY FOR PLAINTIFF