Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>  Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND,<br><br>  Defendant. | NO.:  C07-06411 CRB<br><br>**[PROPOSED] ORDER  FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Having considered the papers, the court hereby orders as follows:

A.  Defendant City of Oakland and its agents, employees, representatives, attorneys, and the Oakland Police Department are hereby enjoined from enforcing City of Oakland Municipal Code Chapter 8.50 (consisting of §§8.50.010 et seq.) pending hearing on the preliminary injunction in this matter.

B. The court hereby Orders said defendant to Show Cause why a Preliminary Injunction should not be issued enjoining defendants City of Oakland and its agents, employees, representatives, attorneys, and the Oakland Police Department from enforcing City of Oakland Municipal Code Chapter 8.50 (consisting of §§8.50..010 et seq.), pending a trial on the merits in this action.

1       C. The hearing in this matter shall be on _____ at

2  the following location: _____. Defendant shall submit

3  its Opposition to this Application on or before _____, and

4  plaintiff shall file any Reply on or before _____.

5

6

7

8  Dated:

9                                                        UNITED STATES DISTRICT

10                                                             JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

**ORDER**                                                         C07-06411 CRB     Page 2