1 | Michael Millen
Attorney at Law  (#151731)
2 | 119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
3 | Telephone:  (408) 871-0777
Fax:  (408) 516-9861
4 | mikemillen@aol.com

5 |
Catherine Short, Esq.
6 | Life Legal Defense Foundation
PO Box 1313
7 | Ojai, CA 93024
(805) 640-1940
8 |
Attorneys for Plaintiff
9 |

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | WALTER B. HOYE, II,                          NO.:

13 |        Plaintiff,                    **DECLARATION OF MICHAEL MILLEN IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

14 |        v.

15 | CITY OF OAKLAND,

16 |        Defendant.

17 |
18 |         I, Michael Millen, hereby declare:

19 |         1.  I am a licensed attorney and represent plaintiff in this action.

20 |         2.  On March 14, 2008, I sent an email to Vicki Laden, Supervising Deputy City
21 | Attorney for the City of Oakland.  That same day Ms. Laden responded to my email.  A
22 | true and correct copy of that email and response is attached hereto as Exhibit A.

23 |         3.  At no point has anyone from the City of Oakland transmitted to me any
24 | regulations or bulletins regarding enforcement of the Ordinance at issue in this lawsuit.

25 |         4.  On March 26, 2008, I sent an email to Vicki Laden, Supervising Deputy City
26 | Attorney for the City of Oakland.  On April 8, 2008, Ms. Laden responded to my email.  A
27 | true and correct copy of that email and response is attached hereto as Exhibit B.  The City

28 |

**DECLARATION OF MICHAEL MILLEN IN SUPPORT OF**     C07-06411 CRB     Page 1
**APPLICATION FOR TRO AND PREL. INJ.**

1  has never further communicated with me to explain or discuss the matters raised in the

2  email.

3          I declare under penalty of perjury under the laws of the State of California and the

4  United States that the foregoing is true and correct.

5

6

7

8  Dated: May 22, 2008

9                                                        _____

10                                                       MICHAEL MILLEN, ESQ.
                                                         ATTORNEY FOR PLAINTIFF

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MICHAEL MILLEN IN SUPPORT OF
APPLICATION FOR TRO AND PREL. INJ.**          C07-06411 CRB     Page 2