**Subject:** RE: Hoye v. Oakland
**From:** "Laden, Vicki" <VLaden@oaklandcityattorney.org>
**Date:** Fri, 14 Mar 2008 09:24:17 -0700
**To:** "Mike Millen" <MikeMillen@aol.com>

There aren't any regs.  OPD is in the process of drafting a training bulletin, but it hasn't completed one yet. I'm not sure whether training bulletins are public documents, but if they are, I'll give it to you as soon as it's issued.


Vicki

-----Original Message-----
From: Mike Millen [mailto:MikeMillen@aol.com]
Sent: Friday, March 14, 2008 10:06 AM
To: Laden, Vicki
Subject: Hoye v. Oakland

I'll look at your emails later today, Vicki.  On a separate note, we are trying to get a copy of the newly issued regulations governing police enforcement of the ordinance.  We understand that a city employee by the name of Karen Boyd at (510) 238-7370 has them.  I'd rather keep one point of interaction with the City via you, so could I trouble you to forward a copy?

--
Michael Millen
Attorney at Law
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777
(800) 871-0335
(408) 516-9861 [fax]
email: MikeMillen@aol.com



------------------------------------------------------------------------
This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachments.

[v1.01]

Ex. A