**Subject:** RE: Hoye v. Oakland
**From:** "Laden, Vicki" <VLaden@oaklandcityattorney.org>
**Date:** Tue, 8 Apr 2008 11:44:29 -0700
**To:** "Mike Millen" <MikeMillen@aol.com>
**CC:** "Katie Short" <LLDFOjai@cs.com>

Mike,

I just returned from over two weeks away.  I will check into this but I
do not think it would be appropriate for me to give you an "advisory"
legal opinion. I am certainly committed to making sure the ordinance is
lawfully enforced.

Vicki

-----Original Message-----
From: Mike Millen [mailto:MikeMillen@aol.com]
Sent: Wednesday, March 26, 2008 10:04 PM
To: Laden, Vicki
Cc: Katie Short
Subject: Hoye v. Oakland

Vicki -

I am writing this email to obtain clarification concerning the City's
position regarding enforcement of the Ordinance.  In particular, two
scenarios have arisen in which City police appear to be taking a
position which we believe to be an unconstitutional application of the
Ordinance.

The first scenario has to do with the situation where plaintiff is
standing within 100' of a clinic and a person walks towards plaintiff's
position for the apparent purpose of going past plaintiff and into the
clinic.  As the person passes by, plaintiff extends his arm and offers
literature.

The second scenario is where plaintiff, who often walks back and forth
on the sidewalk in front of a clinic, is walking away from the clinic at
the same moment as a person is walking towards the clinic to go in.
When the person is more than eight feet from plaintiff, plaintiff stops
moving.  As the person passes by, plaintiff, now stationary, extends his
arm and offers literature.

Within the last two weeks, a City police officer has indicated to
plaintiff  that in both of the above scenarios plaintiff must move away
from the person in order to comply with the ordinance.  Our position is
that  in such situations plaintiff has no duty to move.

I would request that you clarify whether the City's legal position, as
expressed by of one of its officers, is indeed a correct expression of
the City's enforcement policy.

Thank you.

--
Michael Millen
Attorney at Law
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777
(800) 871-0335
(408) 516-9861 [fax]
email: MikeMillen@aol.com


----------------------------------------------------------------------
This e-mail message is for the sole use of the intended recipient(s) and may contain

# Ex. B

confidential and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please contact the sender
by reply e-mail and destroy all copies of the original message and any attachments.

[v1.01]