Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | NO.:  C07-06411 CRB<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIM. INJUNCTION** |

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, plaintiff WALTER B. HOYE, II hereby request that the court take Judicial Notice of the following adjudicative facts:

1. That the City of Oakland has as an official Ordinance Chapter 8.50 of its Municipal Code, and that said Chapter is attached as Exhibit A hereto.

Dated: May 22, 2008

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFF

# DECLARATION

I, Michael Millen, hereby declare:

1. I am a licensed attorney and represent plaintiffs in this action.

2. The Ordinance in question in this lawsuit is attached here to as Exhibit A  I printed out Exhibit A by going to the official home page of the City of Oakland on the world wide web at >http://www.oaklandnet.com/<  and printing out the Ordinance, as Amended, which is found at >http://clerkwebsvr1.oaklandnet.com/attachments/18373.pdf<.

3. At the February 5, 2008, Oakland City Council meeting, the City Council approved the final passage of Exhibit A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 22, 2008

                                                MICHAEL MILLEN, ESQ.
                                                ATTORNEY FOR PLAINTIFF