IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WALTER B. HOYE, II,

    Plaintiff,

  v.

CITY OF OAKLAND,

    Defendant.
                                /

No. C 07-06411 CRB

**ORDER**

Now pending before the Court is plaintiff's motion for a temporary restraining order. The Court will hold a telephone conference with counsel for plaintiff and defendant at 2:30 p.m. on Tuesday, May 27, 2008.

    **IT IS SO ORDERED.**

Dated: May 22, 2008

                                                       /s/
                                             SUSAN Y. ILLSTON
                                             UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6411\orderrestatus.wpd