**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 27, 2008**

**C-07-06411** CRB

**WALTER B. HOYE, II** v. **CITY OF OAKLAND**

Attorneys:   Michael Millen                Vickie Laden

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Lydia Zinn**

**PROCEEDINGS:**                                                **RULING:**

1. Telephonic Conference re TRO/Preliminary Injunction

2.

3.

**ORDERED AFTER HEARING:**

Counsel for City to produce the training bulletin to counsel for plaintiff and file with the court, the police report is to be produced to counsel for plaintiff only.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO May 30, 2008 @ 9:30 a.m. for Telephonic Conference

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____
Plntf to Name Experts by ____             Deft to Name Experts by ____
P/T Conference Date ____   Trial Date ____   Set for ____ days
                Type of Trial: ( )Jury   ( )Court

Notes: ____