# CITY OF OAKLAND



ONE FRANK H. OGAWA PLAZA • 6TH FLOOR • OAKLAND, CALIFORNIA 94612

Office of the City Attorney                                                                          (510) 238-3601
John A. Russo                                                                                        FAX: (510) 238-6500
City Attorney                              May 28, 2008                                    TTY/TDD: (510) 238-3254
Vicki Laden                                                                                          (510) 238-4941


**Via Electronic Filing**

The Honorable Charles R. Breyer
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:**   *Walter B. Hoye, II v. City of Oakland*
           **U.S. District Court Case No. C07-06411 CRB**
           **Our File No. X03107**

Dear Judge Breyer:

      The City of Oakland files the attached Training Bulletin in response to the Court's directive.

                  Very truly yours,

                  JOHN A. RUSSO
                  City Attorney

     By:

                  VICKI LADEN
                  Supervising Deputy City Attorney

Enclosure



# TRAINING BULLETIN

Effective Date:
1 May 08

Index Number: V-M.1
Alpha Index: Bubble Ordinance

Evaluation Coordinator: BFO Deputy Chief
Automatic Revision Cycle: 3 Years

*"Department Training Bulletins shall be used to advise members of current police techniques and procedures and shall constitute official policy."*

## BUBBLE ORDINANCE

### INTRODUCTION

On February 5, 2008, the City Council passed Ordinance No. 12860, hereafter referred to as the "Bubble Ordinance," protecting access to reproductive health care facilities. As stated in the Ordinance, safe and unimpeded access to reproductive health care services is critically and uniquely important to public health, safety, and welfare. Harassing and intimidating behavior has adverse physiological and emotional effects, such as interfering with medical treatment, diagnosis or recovery, or causing persons to delay or forego medical treatment. The "Bubble Ordinance" protects persons attempting to access reproductive health care facilities, and those who provide reproductive health care services, from such harassing or intimidating behavior, as defined in the Ordinance and explained in detail below.

### PROTECTED INDIVIDUALS

The Ordinance protects patients or persons seeking reproductive health care services, doctors, nurses, employees of a reproductive health care facility, and volunteers (escorts) who assist with the ingress and egress of patients to such facilities.

### PROHIBITED BEHAVIOR

The Ordinance is comprised of three (3) sections defining prohibited behavior under the Ordinance. Section 3(a) prohibits the following types of behavior, regardless of where the behavior occurs:

- Use of force;

- Threat of force;

- Physical obstruction to intentionally injure, harass, intimidate, or interfere with a person who is or will be providing or obtaining reproductive health services; or

- Attempting to injure, harass, intimidate, or interfere with a person who is or will be providing or obtaining reproductive health services.

Section 3(b) and 3(c) provide a "bubble" of protection for those seeking or providing reproductive health services. It prohibits certain behavior that occurs within 100 feet of the entrance of a reproductive health facility. This includes <u>all</u> entrances to the facility, not just the main entrance. The Ordinance makes it unlawful to:



Bubble Ordinance, Index Number V-M.1

- Willfully and knowingly approach within eight (8) feet of any person seeking to enter or exit a reproductive health care facility, without the consent of such person, for the purposes of counseling, harassing or interfering with such person;

- Willfully and knowingly approach within eight (8) feet of any occupied motor vehicle seeking entry to a reproductive health care facility, without the consent of such person, for the purposes of counseling, harassing or interfering with such person;

- Willfully and knowingly approach within eight (8) feet of any person seeking to enter or exit a reproductive health care facility for the purposes of injuring or intimidating such person seeking reproductive health services; or

- Willfully and knowingly approach within eight (8) feet of any occupied motor vehicle seeking entry to a reproductive health care facility for the purposes of injuring or intimidating such person seeking reproductive health services.

**"Harassment"** is defined as:

Non-consensual and intentional approach within eight (8) feet of another person or occupied motor vehicle in a public way or on a sidewalk area within 100 feet of the entrance of a reproductive health care facility for the purposes of:

- passing a leaflet or handbill;

- to display a sign to; or

- to engage in oral protest, education, or counseling with such person.

**"Interfering"** is defined as:

Restricting "a person's freedom of movement or access to or egress from a reproductive health care facility." In other words, the Ordinance prohibits interference with <u>both entrance to and exit from</u> the facility.

**"Counseling"** is defined as:

- Engaging in conversation with;

- Displaying signs; or

- Distributing literature.

Finally, the eight (8) foot "bubble" is measured from <u>any extension of the body</u> of the individual seeking access to, passage from, or services within the health care facility and/or the exterior of any occupied motor vehicle, to <u>any extension of the body of, or any sign or object held by another person</u>.

**"Approach,"** though not defined in the Ordinance, means to come near or nearer to.

**"Intimidate,"** though not defined in the Ordinance, means any act reasonably calculated to make a person timid, force him/her into action or deter from some action by inducing fear or physical or emotional harm.



1 May 08 ● Oakland Police Department

## EXAMPLES OF PROHIBITED BEHAVIOR

Prohibited behavior includes, but is not limited to:

- Non-consensual approach within eight (8) feet of an individual/patient seeking reproductive health care services to hand the patient a leaflet. (within 100 feet of the facility)

- Non-consensual approach within eight (8) feet of an escort of an individual/patient seeking reproductive health care services by displaying a sign. (within 100 feet of the facility)

- Non-consensual approach within eight (8) feet of an individual/patient seeking reproductive health care services to speak with (engage in oral protest, education, or counseling) of a patient or escort. (within 100 feet of the facility)

- Non-consensual approach within eight (8) feet of an occupied car or other motor vehicle to pass a leaflet, display a sign to, or speak with the occupant. (within 100 feet of the facility)

- Engaging in harassing or intimidating behavior toward a patient, employee, or volunteer of the reproductive health care facility.

- Blocking access to or exit from a reproductive health care facility.

## CIVIL PENALTIES

The Ordinance provides for a private right of action in civil court. A court may award appropriate relief for violation of the statute, including temporary, preliminary, or permanent injunctive relief and compensatory and exemplary damages and reasonable fees for attorneys and expert witnesses. A plaintiff may elect to recover statutory damages in the amount of $5,000 per violation instead of compensatory damages.

## CRIMINAL PENALTIES

Any person convicted of violating the Ordinance is guilty of a misdemeanor punishable by imprisonment in the County jail for not more than one (1) year, or by fine that does not exceed two thousand ($2,000), or by both such fine and imprisonment.

## ENFORCEMENT ACTION

The Ordinance shall be enforced by citing the violator with Oakland Municipal Code Section 8.50.010 utilizing one of the following procedures:

1. Private Person Arrest Request

   The responding member shall receive the violator from the private person and:

   - Issue a citation in accordance with the provision of Department General Order (DGO) M-7, CITATIONS FOR ADULT MISDEMEANORS or DGO O-3, PROCESSING JUVENILE OFFENDERS; **OR**



Bubble Ordinance, Index Number V-M.1

- If not eligible for a citation, take the violator into physical custody.

2. On-View

Any member who witnesses a violation of this Ordinance shall detain the violator (if circumstances permit), complete a preliminary investigation (including any appropriate statements from the "victim" or other witnesses), and take appropriate enforcement action.

3. Offense Report

Officers shall complete a Crime Report to document all complaints, including instances in which insufficient evidence exists to make an arrest. These reports play a key role in establishing grounds for future civil action. Officers shall route a copy of any report for offenses occurring at a reproductive health clinic to the Intelligence Division.

The Intelligence Division, shall provide a copy of the offense report to the F.B.I. Bay Area Counterterrorism Task Force.

**REPORTING REQUIREMENTS**

The Anti-Reproductive Rights Crime Bill requires the monthly reporting of crimes defined under 423.1 PC & 13776 PC to DOJ. These violations can include crimes against persons regardless of where the crime occurred when a nexus to a reproductive facility can be established.

To meet the mandates outlined in this Act, the Attorney General is requesting all law enforcement agencies to comply with the following reporting requirements beginning on July 1, 2002:

- Personnel taking a report shall collect information relating to each violation of 423.2 PC subsections (a), (c), and (e), and prepare and submit an Anti-Reproductive-Rights Crimes (ARRC) Data Collection Worksheet (BCIA 8371) with the Offense Report.

- The Records Division shall collect all Data Collection Worksheets and prepare an ARRC Summary Worksheet (BCIA 8370) for each 423.2 PC subsections (a), (c), and (e) crime by the 10th day of each month for the preceding month.

    Submit only the Summary Worksheet and complete the section provided for "negative reporting" when there are no violations of 423.2 PC subsections (a), (c), and (e) occurring within the month.

Forms and instructions are attached to this Training Bulletin or may be downloaded from http://clew.doj.ca.gov (Requires opening an account with password).

## PROOF OF SERVICE
### *Walter B. Hoye, II v. City of Oakland*
### U.S. District Court Case No. C 07-06411 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On date shown below, I served the within documents:

### City of Oakland Training Bulletin: Bubble Ordinance

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below.

☐    by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by causing such envelope to be sent by Federal Express/Express Mail.

☒    by e-mail or electronic transmission, I caused the document(s) listed above to be sent to the person(s) at the address(es) set forth below.

**Via Email:**

Michael Millen
Attorney at Law
119 Calle Marguerita, Suite 100
Los Gatos, CA 95032
Telephone:     (408) 871-0777
Facsimile:     (408) 516-9861
Email: mikemillen@aol.com

Attorney for Plaintiff
WALTER B. HOYE, II

**Via U.S. Mail**

Catherine Short, Esq.
Life Legal Defense Foundation
P.O. Box 1313
Ojai, CA 93024
Telephone:     (805) 640-1940

Attorney for Plaintiff
WALTER B. HOYE, II

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746. Executed on May 28, 2008, at Oakland, California.

Kristin Ericsson