Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | NO.:  C07-06411 CRB<br><br>**2nd REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIM. INJUNCTION** |

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, plaintiff WALTER B. HOYE, II  hereby requests that the court take Judicial Notice of the following adjudicative facts:

1.  That the City of Oakland has a City Charter, and that a true and correct copy of said Charter is attached as Exhibit A hereto.

Dated: May 29, 2008

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFF

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

## DECLARATION

I, Michael Millen, hereby declare:

1. I am a licensed attorney and represent plaintiff in this action.

2. The City Charter of Oakland is attached here to as Exhibit A  I printed out Exhibit A by going to the official home page of the City Clerk of the City of Oakland on the world wide web at >http://www.oaklandnet.com/cityclerk/default.html<, clicking on "Oakland Municipal Code" and then "CHARTER", and printing out the City Charter which is found at >http://bpc.iserver.net/codes/oakland/_DATA/CHARTER/THE_CHARTER_OF_THE_CITY_OF_OAK.html<.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 29, 2008            _____
                               MICHAEL MILLEN, ESQ.
                               ATTORNEY FOR PLAINTIFF

**2ND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S TRO AND MOTN. FOR PRELIM. INJ.**            C07-06411 CRB            Page 2