JOHN A. RUSSO, City Attorney, SBN 129729
VICKI A. LADEN, Supervising City Attorney, SBN 130147
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:    (510) 238-4941
Facsimile:    (510) 238-6500
Email: vladen@oaklandcityattorney.org
X03107:451352

Angela L. Padilla, Attorney at Law, SBN 154863
Sarah Marriott, Attorney at Law, SBN 241301
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:    (415) 773-5805
Facsimile:    (415) 773-5759
Email: apadilla@orrick.com

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND,<br><br>　　　　Defendant. | Case No. C 07-06411 (CRB)<br><br>**ASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

　　　　Vicki Laden, Supervising Deputy City Attorney for the City of Oakland, attorney of record herein, hereby associates the law firm of ORRICK, HERRINGTON & SUTCLIFFE LLP, attorney Angela L. Padilla and attorney Sarah Marriott, 405 Howard Street, San Francisco, CA 94105,

1 | telephone (415) 773-5805, facsimile (415) 773-5759, as co-counsel for defendant CITY OF
2 | OAKLAND in the above-entitled action.

3 | Dated: May 29, 2008        ORRICK, HERRINGTON & SUTCLIFFE LLP

5 | By: _Auge Padilla_____
    Attorneys for Defendant
6 | CITY OF OAKLAND

8 | Dated: May 29, 2008        OFFICE OF THE CITY ATTORNEY

10 | By: _____
    Attorneys for Defendant
11 | CITY OF OAKLAND

**PROOF OF SERVICE**
*Walter B. Hoye, II v. City of Oakland*
U.S. District Court Case No. C 07-06411 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On date shown below, I served the within documents:

**ASSOCIATION OF COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below.

☐ by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/Express Mail.

Catherine Short, Esq.            Attorney for Plaintiff
Life Legal Defense Foundation    WALTER B. HOYE, II
P.O. Box 1313
Ojai, CA 93024
Telephone:    (805) 640-1940

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on May 29, 2008, at Oakland, California.

*Kristin Ericsson*