**EXHIBIT 1**

MICHAEL MILLEN, *ATTORNEY AT LAW*
119 Calle Marguerita Ste. 100 • Los Gatos, CA 95032
(408) 871-0777 • FAX (408) 516-9861 • CELL (408) 891-3994 • E-mail: MikeMillen@aol.com

January 16, 2008

The Honorable Charles R. Breyer
U.S. District Court
Nor. District of California
450 Golden Gate Ave.
San Francisco, CA 94102

                       In Re: *Hoye v. City of Oakland*
                             U.S. District Court No. C07-06411 CRB

Dear Judge Breyer:

Plaintiffs have reviewed the proposed amended ordinance. The heart of plaintiff's challenge has been that the definition of "counseling" renders the original ordinance impermissibly viewpoint based. We agree that this change to 2(f) vitiates that claim, and it would appear that this particular challenge will be moot upon final passage of the amended ordinance.

While plaintiff reserves the right to challenge the amended ordinance, at this point doing so would likely necessitate an amended complaint and possibly an analysis of how the new ordinance is actually interpreted and applied.

For these reasons, plaintiff believes that, upon confirmation of final passage, it would be appropriate for the instant action to be deemed moot and for the court to set a hearing on the issue of plaintiff's attorney's fees under 42 U.S.C. §1988, Cal. Code of Civ. Pro. §1021.5, and Cal. Civ. Code §52.1(h). Plaintiff's costs and attorneys fees are currently less than $5,000.

                                                            Sincerely,

                                                            Michael Millen

cc     Vicki Laden (by email only)

**EXHIBIT 2**

**Laden, Vicki**

**From:** Mike Millen [MikeMillen@aol.com]
**Sent:** Wednesday, January 16, 2008 6:05 PM
**To:** Laden, Vicki
**Subject:** Re: [Fwd: IMPORTANT MESSAGE REGARDING ENFORCEMENT OF ORDINANCE]

We appreciate that, so it's looking like we can wrap this up rather quickly.

```
Michael Millen
Attorney at Law
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777
(800) 871-0335
(408) 516-9861 [fax]
email: MikeMillen@aol.com
```

---

**From:** "Laden, Vicki" <VLaden@oaklandcityattorney.org>
**Sent:** 01/16/2008 5:25:47 PM -0800
**To:** "Mike Millen" <MikeMillen@aol.com>
**Subject:** [Fwd: IMPORTANT MESSAGE REGARDING ENFORCEMENT OF ORDINANCE]

Mike,

I read your letter. If we are able to resolve the facial challenge, we will pay your attorneys' fees without your filing a motion.

Vicki

---

**From:** Mike Millen [mailto:MikeMillen@aol.com]
**Sent:** Thursday, December 20, 2007 4:07 PM
**To:** Laden, Vicki
**Subject:** Re: [Fwd: IMPORTANT MESSAGE REGARDING ENFORCEMENT OF ORDINANCE]

Receipt of Chief Tucker's letter is acknowledged. Thank you.

```
Michael Millen
Attorney at Law
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777
(800) 871-0335
(408) 516-9861 [fax]
email: MikeMillen@aol.com
```

**EXHIBIT 3**

## Laden, Vicki

**From:** Mike Millen [MikeMillen@aol.com]
**Sent:** Tuesday, January 29, 2008 4:11 PM
**To:** Laden, Vicki
**Cc:** Katie Short
**Subject:** Re: letter from co-counsel

Vicki -

The point of her letter is this: Although the revised ordinance does not have the striking defect which the original version presented, plaintiff Hoye and his counsel continue to be quite concerned that the ordinance may still be unconstitutional both as written and, based upon our information and experience, in its future enforcement. Our hope is that the City will not enact the amended ordinance at all. Failing that, out hope is that the City will at least address the issues presented.

If the City enacts the new ordinance as it is currently written and plaintiff wishes to file a challenge, I believe a good procedure would be to file a new case with a new case number.

Regardless of what the City does, my sense is that the plan we have discussed (letter to the judge re: mootness, dismissal by judge due to mootness, and payment of the fees previously mentioned) is still on track for the original challenge.

Does that make sense?

```
Michael Millen
Attorney at Law
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777
(800) 871-0335
(408) 516-9861 [fax]
email: MikeMillen@aol.com
```

---

**From:** "Laden, Vicki" <VLaden@oaklandcityattorney.org>
**Sent:** 01/29/2008 4:01:54 PM -0800
**To:** "Mike Millen" <MikeMillen@aol.com>
**Subject:** letter from co-counsel

> Catherine Short's letter was passed on to me by a City Council member (fortunately). Given that the matter is in litigation could you please let Catherine know that she should communicate with me directly? Also, could you let me know what the letter signifies? I thought we'd agreed that the complaint should be dismissed. Catherine is raising issues that were equally present in the last iteration, but hadn't been alleged in your complaint.
>
> I'd appreciate discussing this with you.
>
> Vicki

5/29/2008

**EXHIBIT 4**

**MICHAEL MILLEN**, *ATTORNEY AT LAW*
119 Calle Marguerita Ste. 100 • Los Gatos, CA 95032
(408) 871-0777 • FAX (408) 516-9861 • CELL (408) 891-3994 • E-mail: MikeMillen@aol.com

February 7, 2008

Vicky Laden, Esq.
Supervising Deputy City Attorney
One Frank H. Ogawa Plaza, 6th FL
Oakland, CA 94612
[by fax only: (510) 238-6500]

                    In Re: Hoye v. Oakland, C07-06411
                         Your Case # X03,107

Dear Ms. Laden:

In light of our exchange of earlier today, I thought it would be appropriate to clarify plaintiff's intention at this point.

In light of your position concerning the effect of a dismissal-for-mootness upon the amended complaint, plaintiff will not be dismissing the lawsuit.

Instead, we will be filing an amended complaint within the next 30 days and will, at that time, request that the court set a status conference.

Please note that the City does not need to respond to the original complaint and we have no intention of taking the City's default with regard to that complaint. We would, however, request that you respond to the forthcoming amended complaint within the time allowed by law after it is filed.

On a separate note, plaintiff is willing to settle the question of attorney's fees for all work done up to and through January 16, 2008, for $5,209.75 as per the bills previously sent to you.

If the City does not agree to pay these fees, plaintiffs will bring a motion under federal and state law (including *Tipton-Whittingham v. City of Los Angeles* (2004) 34 Cal.4th 604) and, in addition, will request fees for bringing the fee motion.

                                                   Sincerely,

                                                   Michael Millen

# EXHIBIT 5

# RELEASE

**IN THE MATTER OF:**

WALTER B. HOYE, II V. CITY OF OAKLAND
UNITED STATES DISTRICT COURT CASE
NO.: C07 06411 CRB

**PAYEES:**

$3,125.12 PAYABLE TO MICHAEL MILLEN, ESQ.
$1,874.88 PAYABLE TO CATHERINE SHORT, ESQ.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

File No. X03107                                   Amount of Settlement: $5,000.00

    For and in consideration of a valid draft payable to Michael Millen, Esq. by the City of Oakland in the amount of <u>THREE THOUSAND ONE HUNDRED TWENTY-FIVE DOLLARS AND TWELVE CENTS ($3,125.12)</u> and a valid draft payable to Catherine Short, Esq. in the amount of <u>ONE THOUSAND EIGHT HUNDRED SEVENTY-FOUR DOLLARS AND EIGHTY-EIGHT CENTS ($1,874.88)</u>, the undersigned, "Releasors", release and discharge the CITY OF OAKLAND and all of its agents, employees, departments, officers, insurers and representatives from all actions, causes of action, damages, claims and demands for attorneys' fees (herein "LIABILITIES") arising out of the Complaint for Civil Rights Violation and Injunctive and Declaratory Relief filed on December 19, 2007 against the City of Oakland by Walter B. Hoye up to and through February 5, 2008. This release does not cover any LIABILITIES after February 5, 2008.

    The subject matter of this release relates to the plaintiff's demand for attorney's fees in connection with filing and prosecution of a Complaint for Civil Rights Violation and Injunctive and Declaratory Relief filed in U.S. District Court, Northern District of California. In response to Plaintiff's Complaint, the Oakland City Council amended its ordinance, mooting plaintiff's claims as to the original ordinance.

    Releasors further understand that this settlement is the compromise of a disputed claim for attorney's fees and that the payment is not to be construed as an admission of liability on the part of the CITY OF OAKLAND or any of its agents, employees, departments, or officers, by whom liability is expressly denied.

    This document embodies the entire terms and conditions of this release between these parties and Releasors acknowledge that they have not relied upon any warranties, representations or promises except as set forth expressly in this document.

_____          Saturday, March 15th, 2008
WALTER B. HOYE II, Plaintiff                         DATED


_____          _____
MICHAEL MILLEN, ESQ.                              DATED


_____          _____
CATHERINE SHORT, ESQ.                             DATED

324504.1.DOC

# RELEASE

**IN THE MATTER OF:**

WALTER B. HOYE, II V. CITY OF OAKLAND
UNITED STATES DISTRICT COURT CASE
NO · C07 06411 CRB

**PAYEES:**

$3,125.12 PAYABLE TO MICHAEL MILLEN, ESQ.
$1,874.88 PAYABLE TO CATHERINE SHORT, ESQ.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

File No. X03107                                    Amount of Settlement: $5,000.00

For and in consideration of a valid draft payable to Michael Millen, Esq. by the City of Oakland in the amount of THREE THOUSAND ONE HUNDRED TWENTY-FIVE DOLLARS AND TWELVE CENTS ($3,125.12) and a valid draft payable to Catherine Short, Esq. in the amount of ONE THOUSAND EIGHT HUNDRED SEVENTY-FOUR DOLLARS AND EIGHTY-EIGHT CENTS ($1,874.88), the undersigned, "Releasors", release and discharge the CITY OF OAKLAND and all of its agents, employees, departments, officers, insurers and representatives from all actions, causes of action, damages, claims and demands for attorneys' fees (herein "LIABILITIES") arising out of the Complaint for Civil Rights Violation and Injunctive and Declaratory Relief filed on December 19, 2007 against the City of Oakland by Walter B. Hoye up to and through February 5, 2008. This release does not cover any LIABILITIES after February 5, 2008.

The subject matter of this release relates to the plaintiff's demand for attorney's fees in connection with filing and prosecution of a Complaint for Civil Rights Violation and Injunctive and Declaratory Relief filed in U.S. District Court, Northern District of California. In response to Plaintiff's Complaint, the Oakland City Council amended its ordinance, mooting plaintiff's claims as to the original ordinance.

Releasors further understand that this settlement is the compromise of a disputed claim for attorney's fees and that the payment is not to be construed as an admission of liability on the part of the CITY OF OAKLAND or any of its agents, employees, departments, or officers, by whom liability is expressly denied.

This document embodies the entire terms and conditions of this release between these parties and Releasors acknowledge that they have not relied upon any warranties, representations or promises except as set forth expressly in this document.

WALTER B. HOYE II, Plaintiff                       DATED

_____[signature]_____                      _____3/17/08_____
MICHAEL MILLEN, ESQ.                               DATED

_____[signature]_____                      _____3/13/08_____
CATHERINE SHORT, ESQ.                              DATED