**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-07-06411** CRB

**WALTER B. HOYE, II  v.  CITY OF OAKLAND**

| Attorneys: | Michael Millen | Vickie Laden |
|---|---|---|
| | | Angela Padilla |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Sahar McVickar**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  TRO/Preliminary Injunction     (held by telephone) | Denied |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

The Court grants counsel for plaintiff's request to seal Exhibit A and B attached to the Declaration of Vickie Laden - Doc # 32.

( ) ORDER TO BE PREPARED BY:     Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: ____

( ) CASE CONTINUED TO ____            for ____

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____     Trial Date ____     Set for ____ days
                    Type of Trial:  ( )Jury     ( )Court

Notes: ____