ANGELA L. PADILLA (CA STATE BAR NO. 154863)
SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
ERIN H. REDING (CA STATE BAR NO. 252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

JOHN A. RUSSO (CA STATE BAR NO. 129729)
VICKI LADEN (CA STATE BAR NO. 130147)
CITY OF OAKLAND
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:   510-238-4941
Facsimile:   510-238-6500

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND<br><br>　　　　　Defendant. | CASE NO. C07-06411 CRB<br><br>**DEFENDANT CITY OF OAKLAND'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**<br><br>Date: July 11, 2008<br>Time: 10:00 am<br>Judge: Hon. Charles Breyer<br>Courtroom: 8, 19th floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 11, 2008 at 10:00 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Charles Breyer, at 450 Golden Gate Ave., San Francisco, California, Defendant City of Oakland will and hereby does move the Court for an order dismissing with prejudice the Complaint of plaintiff. This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a claim upon which relief can be granted.

The motion is based on this Notice and the accompanying Memorandum of Points and Authorities; the papers on file in the action; the argument of counsel at the hearing; and other such matters as may be judicially noticed or come before the Court at the hearing on this matter.

### ISSUE TO BE DECIDED (Civil Local Rule 7-4(A)(3))

1. Whether plaintiff's complaint was mooted by Oakland's amendment of Oakland Municipal Code Chapter 8.50 (the "Ordinance")?

2. Whether plaintiff's as-applied challenge to the Ordinance based on his arrest for his actions on April 29, 2008, was mooted by the Court's denial of plaintiff's TRO application at the May 30, 2008, telephonic hearing?

Dated: June 5, 2008

ANGELA L. PADILLA
ORRICK, HERRINGTON & SUTCLIFFE LLP


/s/ Angela L. Padilla
Angela L. Padilla
Attorneys for Defendant
City of Oakland

DEFENDANT'S NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S COMPLAINT