1  ANGELA L. PADILLA (CA STATE BAR NO. 154863)
   SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
2  ERIN H. REDING (CA STATE BAR NO. 252691)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA 94105
   Telephone:   415-773-5700
5  Facsimile:   415-773-5759

6  JOHN A. RUSSO (CA STATE BAR NO. 129729)
7  VICKI LADEN (CA STATE BAR NO. 130147)
   CITY OF OAKLAND
8  1 Frank Ogawa Plaza, 6th Floor
   Oakland, CA 94612
9  Telephone:   510-238-4941
   Facsimile:   510-238-6500
10

11 Attorneys for Defendant
   CITY OF OAKLAND
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER B. HOYE, II, | CASE NO. C07-06411 CRB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT CITY OF OAKLAND'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** |
| v. | |
| CITY OF OAKLAND | |
| Defendant. | Date: July 11, 2008<br>Time: 10:00 am<br>Judge: Hon. Charles Breyer<br>Courtroom: 8, 19th floor |

Defendant City of Oakland brought a Motion to Dismiss Plaintiff's Complaint on July 11, 2008. After considering the pleadings, the papers submitted by the parties, and the oral argument of counsel, and good cause appearing therefore, the Court hereby orders that Defendant City of Oakland's Motion to Dismiss is granted. Specifically, the Court grants the City of Oakland's Motion to Dismiss in its entirety for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint for Violation of Civil Rights is dismissed in its entirety WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE CHARLES BREYER
UNITED STATES DISTRICT COURT JUDGE