Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER B. HOYE, II, | NO.:  C07-06411 CRB |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL MILLEN IN SUPPORT OF EX PARTE MOTION TO DEEM MOTION TO DISMISS MOOT** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

I, Michael Millen, hereby declare:

1. I represent plaintiff in this action.

2. On June 12, 2008, I sent an email to defense counsel asking them to take the City's Motion to Dismiss off Calendar because the original complaint is no longer legally operative. Counsel and I exchanged at least 4 sets of emails discussing the matter.  Counsel has indicated that the City believes that the Amended Complaint was unauthorized and has given no indication that it will take the Motion to Dismiss off-calendar.

3. If the court does not take the matter off-calendar, my office will need to spend numerous hours briefing an opposition to the Motion to Dismiss, opposing counsel will likely file a reply, the court will be spend valuable research time analyzing the briefing, and the court will hold a hearing all for a complaint which has been superseded by an Amended Complaint.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct.

3

4  Dated: June 12, 2008

5  _____
   MICHAEL MILLEN, ESQ.
6  ATTORNEY FOR PLAINTIFF