Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq.
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | NO.:  C07-06411 CRB<br><br>**ORDER  DEEMING MOTION TO DISMISS MOOT** |

Having reviewed the papers for this ex parte request, the court rules as follows:

Defendant's Motion to Dismiss the December 19, 2007, complaint is hereby deemed MOOT in light of plaintiff's Amended Complaint filed on June 6, 2008.  Said motion is taken off-calendar.

Dated:

                                                                CHARLES R. BREYER
                                                          UNITED STATES DISTRICT JUDGE