United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, | No. C 07-06411 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

Now pending before the Court is defendant's motion to dismiss plaintiff's complaint. Defendant's motion is moot because plaintiff filed a First Amended Complaint the day after defendant filed its motion. A party may amend his complaint once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). Defendant never answered the complaint; instead, it filed a motion to dismiss. In the Ninth Circuit a motion to dismiss is not considered a "responsive" pleading. See Miles v. Dep't of Army, 881 F.2d 777, 781 (9th Cir. 1989). Thus, plaintiff does not require leave of court to file a first amended complaint. See Rhoades v. Avon Products, Inc., 504 F.3d 1151, 1158 (9th Cir. 2007). Accordingly, defendant's motion to dismiss the original complaint is DISMISSED

//

//

//

AS MOOT.

**IT IS SO ORDERED.**

Dated: June 19, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE