

# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669

tel 415-773-5700
fax 415-773-5759

WWW.ORRICK.COM

Angela L. Padilla
(415) 773-5805
apadilla@orrick.com

June 23, 2008

The Honorable Charles R. Breyer
U.S. District Court – Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Hoye v. City of Oakland*
    *Case No. 3:07-cv-6411*

Dear Judge Breyer:

Enclosed please find a [Proposed] Order Denying Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction. In preparing the enclosed order, we were guided by the Court's decision at the telephonic hearing on May 30, 2008.

This proposed order has been approved as to form and content by all parties concerned and we respectfully request that the Court approve Defendant's proposed order.

Respectfully submitted,

Angela Padilla

AP/mst

Enclosure

OHS West:260460701.1