ANGELA L. PADILLA (CA STATE BAR NO. 154863)
SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
ERIN H. REDING (CA STATE BAR NO. 252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

JOHN A. RUSSO (CA STATE BAR NO. 129729)
VICKI LADEN (CA STATE BAR NO. 130147)
CITY OF OAKLAND
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:   510-238-4941
Facsimile:   510-238-6500

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND<br><br>    Defendant. | CASE NO. C07-06411 CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

1  Plaintiff's Application for Temporary Restraining Order and Order to Show
2  Cause Re Preliminary Injunction came for telephonic hearing before the Court on May 30, 2008.
3  Michael Millen, Esq., appeared for Plaintiff and Vicki Laden, Esq., and Angela Padilla, Esq.,
4  appeared for Defendant. After considering the pleadings, the papers submitted by the parties,
5  and the oral argument of counsel, and good cause appearing therefore, the Court hereby DENIES
6  Plaintiff's Application.
7
8
9  **IT IS SO ORDERED.**
10
11  Dated: _____
12
13  _____
    HONORABLE CHARLES BREYER
14  UNITED STATES DISTRICT COURT JUDGE