ANGELA L. PADILLA (CA STATE BAR NO. 154863)
SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
ERIN H. REDING (CA STATE BAR NO. 252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

JOHN A. RUSSO (CA STATE BAR NO. 129729)
VICKI LADEN (CA STATE BAR NO. 130147)
CITY OF OAKLAND
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:   510-238-4941
Facsimile:   510-238-6500

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND<br><br>　　　　Defendant. | CASE NO. C07-06411 CRB<br><br>**DEFENDANT CITY OF OAKLAND'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: August 22, 2008<br>Time: 10:00 am<br>Judge: Hon. Charles Breyer<br>Courtroom: 8, 19th floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on August 1, 2008 at 10:00 am, or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Charles Breyer, at 450 Golden Gate Ave., San Francisco, California, Defendant City of Oakland will and hereby does move the Court for an order dismissing with prejudice the Complaint of plaintiff. This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a claim upon which relief can be granted.

The motion is based on this Notice and the accompanying Memorandum of Points and Authorities; the papers on file in the action; the argument of counsel at the hearing; and other such matters as may be judicially noticed or come before the Court at the hearing on this matter.

## ISSUE TO BE DECIDED (Civil Local Rule 7-4(A)(3))

1. Whether plaintiff's First Cause of Action should be dismissed because the Ordinance is facially constitutional under *Hill v. Colorado*, 530 U.S. 703 (2000)?

2. Whether plaintiff's First Cause of Action should be dismissed because plaintiff's arrest was lawful under the Ordinance and the United States and California Constitutions?

3. Whether plaintiff's Second Cause of Action should be dismissed because, like the Colorado statute upheld in *Hill*, the Ordinance is rationally related to Oakland's interest in safeguarding its citizens' right to access reproductive health care?

4. Whether plaintiff's Third Cause of Action should be dismissed because plaintiff has made no allegations that would support a claim for violation of the free speech protections of the California Constitution?

5. Whether plaintiff's Fourth Cause of Action should be dismissed because plaintiff has made no allegations that would support a claim for violation of the equal protection provisions of the California Constitution?

6. Whether plaintiff's Fifth Cause of Action should be dismissed because plaintiff has not stated a claim for violation of any of his federal or state constitutional rights?

| | |
|---|---|
| Dated: June 23, 2008 | ANGELA L. PADILLA<br>SARAH C. MARRIOTT<br>ERIN H. REDING<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | /s/ Angela L. Padilla<br>Angela L. Padilla<br>Attorneys for Defendant<br>City of Oakland |

DEFENDANT'S NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S COMPLAINT