ANGELA L. PADILLA (CA STATE BAR NO. 154863)
SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
ERIN H. REDING (CA STATE BAR NO. 252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

JOHN A. RUSSO (CA STATE BAR NO. 129729)
VICKI LADEN (CA STATE BAR NO. 130147)
CITY OF OAKLAND
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:   510-238-4941
Facsimile:   510-238-6500

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND <br><br> Defendant. | CASE NO. C07-06411 CRB <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT CITY OF OAKLAND'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Date: August 22, 2008 <br> Time: 10:00 am <br> Judge: Hon. Charles Breyer <br> Courtroom: 8, 19th floor |

1 | Defendant City of Oakland brought a Motion to Dismiss Plaintiff's Complaint on
2 | August 22, 2008. After considering the pleadings, the papers submitted by the parties, and the
3 | oral argument of counsel, and good cause appearing therefore, the Court hereby orders that
4 | Defendant City of Oakland's Motion to Dismiss is granted. Specifically, the Court grants the
5 | City of Oakland's Motion to Dismiss in its entirety for failure to state a claim pursuant to Rule
6 | 12(b)(6) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, and Plaintiff's Complaint for Violation of Civil Rights is dismissed in its entirety WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE CHARLES BREYER
UNITED STATES DISTRICT COURT JUDGE