ANGELA L. PADILLA (CA STATE BAR NO. 154863)
SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
ERIN H. REDING (CA STATE BAR NO. 252691)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

JOHN A. RUSSO (CA STATE BAR NO. 129729)
VICKI LADEN (CA STATE BAR NO. 130147)
CITY OF OAKLAND
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
Telephone:   510-238-4941
Facsimile:   510-238-6500

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF OAKLAND <br><br> Defendant. | CASE NO. C07-06411 CRB <br><br> [PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

Plaintiff's Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction came for telephonic hearing before the Court on May 30, 2008. Michael Millen, Esq., appeared for Plaintiff and Vicki Laden, Esq., and Angela Padilla, Esq., appeared for Defendant. After considering the pleadings, the papers submitted by the parties, and the oral argument of counsel, and good cause appearing therefore, the Court hereby DENIES Plaintiff's Application.

**IT IS SO ORDERED.**

Dated: _June 24, 2008_



HONORABLE CHARLES BREYER
UNITED STATES DISTRICT JUDGE