IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, | No. C 07-06411 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on the defendant's motion to dismiss currently on calendar for August 22 to **August 21, 2008 at 10:00 a.m.** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: August 7, 2008                                                                FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy