1  ANGELA L. PADILLA (CA STATE BAR NO. 154863)
2  SARAH C. MARRIOTT (CA STATE BAR NO. 241301)
3  ERIN H. REDING (CA STATE BAR NO. 252691)
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
5  San Francisco, CA 94105
   Telephone:   415-773-5700
6  Facsimile:   415-773-5759

7  JOHN A. RUSSO (CA STATE BAR NO. 129729)
8  VICKI LADEN (CA STATE BAR NO. 130147)
9  CITY OF OAKLAND
   1 Frank Ogawa Plaza, 6th Floor
10 Oakland, CA 94612
   Telephone:   510-238-4941
11 Facsimile:   510-238-6500

12 Attorneys for Defendant
   CITY OF OAKLAND

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  WALTER B. HOYE, II, | CASE NO. C07-06411 CRB |
| 18           Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** |
| 19           v. | |
| 20  CITY OF OAKLAND | |
| 21           Defendant. | |

22

23   WHEREAS, the first amended complaint in this action was filed on June 6, 2008;

24   WHEREAS, Defendant's motion to dismiss the amended complaint was filed on June 23,

25 2008;

26   WHEREAS, Plaintiff's opposition to the motion to dismiss was filed on August 1, 2008;

27   WHEREAS, Defendant's reply will be filed on August 8, 2008;

28   WHEREAS, the hearing on the motion to dismiss was scheduled for August 22, 2008 at

1  10:00 am;

2  WHEREAS, the Court entered an order on August 7, 2008 advancing the hearing on the
3  motion to dismiss for August 21, 2008;

4  WHEREAS, counsel has a conflict to the August 21 hearing date in the form of an
5  already-scheduled mediation of two related, complex matters pending in Alameda County
6  Superior Court;

7  WHEREAS, the parties have met and conferred about a reasonable but expeditious
8  schedule for the motion to dismiss hearing and case management conference as follows:

9  The parties hereto hereby STIPULATE and AGREE:

10  1. That the motion to dismiss hearing shall be held on Friday, August 29 at 10:00
11  am; and

12  2. That the case management conference shall be held on Friday, August 29 at
13  10:00 am.

14
15  Dated: August 7, 2008

ANGELA L. PADILLA
SARAH C. MARRIOTT
ERIN H. REDING
ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Angela L. Padilla*
Angela L. Padilla
Attorneys for Defendant
City of Oakland

Dated: August 7, 2008

MICHAEL MILLEN
CATHERINE SHORT

_____
Michael Millen
Attorneys for Plaintiff
Walter B. Hoye, II

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP

    /s/ Angela L. Padilla
_____
Angela L. Padilla
Attorneys for Defendant

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That the motion to dismiss hearing shall be held on Friday, August 29 at 10:00 am; and

2. That the case management conference shall be held on Friday, August 29 at 10:00 am.

Dated August _08_, 2008.

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

OHS West:260489419.1            - 3 -            STIPULATION AND [PROPOSED] ORDER REGARDING
                                                 CASE SCHEDULE  (C-07-06411)