**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 29, 2009**

**C-07-06411 CRB**

**WALTER B. HOYE, II v. CITY OF OAKLAND**

Attorneys: Catherine Short ______ Angela Padilla, Saarah Marriott,

Michael Millen ______ Jennifer Chin ______

Deputy Clerk: **BARBARA ESPINOZA** ______ Reporter: **Kathy Sullivan** ___

**PROCEEDINGS:** **RULING:**

1. D's Motion to Dismiss first Amended Complaint ______ Dismissed without prejudice

2. Further Case Management Conference - Held ______ ______

3. ______ ______

**ORDERED AFTER HEARING:**

Motion for summary judgment filed by 1/30/2009, counsel to work out briefing schedule. ______

______

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge for: ______

(X ) CASE CONTINUED TO March 06, 2009 @ 10:00 a.m. for Motion for Summary Judgment

Discovery Cut-Off ______ Expert Discovery Cut-Off ______
Plntf to Name Experts by ______ Deft to Name Experts by ______
P/T Conference Date ______ Trial Date ______ Set for ______ days
Type of Trial: ( )Jury ( )Court

Notes: ______

______

______