**AMENDED**
**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 29, ~~2009~~ 2008**

**C-07-06411** **CRB**

**WALTER B. HOYE, II** v. **CITY OF OAKLAND**

| Attorneys: | Catherine Short | Angela Padilla, Saarah Marriott, |
|---|---|---|
| | Michael Millen | Jennifer Chin |

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Kathy Sullivan**

**PROCEEDINGS:**                                                                 **RULING:**

1. D's Motion to Dismiss first Amended Complaint      Dismissed without prejudice

2. Further Case Management Conference - Held

3.

**ORDERED AFTER HEARING:**

Motion for summary judgment filed by 1/30/2009, counsel to work out briefing schedule.

( ) ORDER TO BE PREPARED BY:   Plntf ___  Deft ___  Court ___

( ) Referred to Magistrate Judge for: ___

(X) CASE CONTINUED TO March 06, 2009 @ 10:00 a.m. for Motion for Summary Judgment

Discovery Cut-Off ___                    Expert Discovery Cut-Off ___
Plntf to Name Experts by ___             Deft to Name Experts by ___
P/T Conference Date ___    Trial Date ___   Set for ___ days
                    Type of Trial: ( ) Jury   ( ) Court

Notes: ___