MICHAEL MILLEN, Bar No. 151731
Attorney at Law
119 Calle Marguerita Ste. 100
Los Gatos, CA  95032
Telephone: (408) 871-0777
Facsimile: (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiffs


ANGELA L. PADILLA, Bar No. 154863
SARAH C. MARRIOTT, Bar No. 241301
ERIN H. REDING, Bar No. 252691
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

John A. Russo, Bar No. 129729
Vicki Laden, Bar No. 130147
City of Oakland
1 Frank Ogawa Plaza, 6th Fl.
Oakland, CA  94612

Attorneys for Defendant
CITY OF OAKLAND
Telephone: (510) 238-4941
Facsimile: (510) 238-6500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF OAKLAND,<br><br>   Defendant. | NO.:  C07-6411 CRB<br><br>[PROPOSED]<br>**ORDER TO CONTINUE SUMMARY JUDGMENT DATE** |

1  Based upon stipulation and good cause appearing, the court hereby orders that the summary
2  judgment schedule previously set be changed as follows:
3  Last Date to file for Summary Judgment: __March 6, 2009.__
4  Hearing Date: 35 days after above date at 10:00 a.m.
5  Counsel to notice motion in accordance with the local rules.

8  Dated: January 6, 2009

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA