1  ANGELA L. PADILLA (SBN 154863)
   SARAH C. MARRIOTT (SBN NO. 241301)
2  ERIN H. REDING (SBN 252691)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  405 Howard Street
   San Francisco, CA 94105
4  Telephone:    415-773-5700
   Facsimile:    415-773-5759
5
   Attorneys for Defendant
6  CITY OF OAKLAND

7  MICHAEL MILLEN (SBN 151731)
   119 Calle Marguerita Ste 100
8  Los Gatos, CA 95032
   Telephone:    408-871-0777
9  Facsimile:    408-516-9861

10 Attorneys for Plaintiff
   WALTER B. HOYE, II
11

12               UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 WALTER B. HOYE, II,                     CASE NO.  C07-06411 CRB

16              Plaintiff,                  **STIPULATION AND [PROPOSED]**
                                           **ORDER REGARDING CASE**
17      v.                                  **SCHEDULE**

18 CITY OF OAKLAND

19              Defendant.

20

21      WHEREAS, the Court has ordered the parties to file motions for summary judgment by

22 March 6, 2009;

23      WHEREAS, the parties have been actively pursuing discovery;

24      WHEREAS, two of the defendant's attorneys have upcoming trials, to wit, a month-long,

25 federal criminal trial in the Southern District of California beginning on March 3, 2009, and a

26 two-week long civil trial in the Marin County Superior Court beginning on April 16th, 2009;

27      WHEREAS, the parties have met and conferred about a reasonable but expeditious

28 schedule for the motions for summary judgment as follows;

1    WHEREAS, plaintiff is stipulating to this continuance as a scheduling courtesy to

2  defendants, and the parties agree that the delay brought about by this stipulation does not imply

3  and should not be used to imply lack of irreparable injury to plaintiff:

4    The parties hereto hereby STIPULATE and AGREE:

5      1.  That the motions for summary judgment shall be filed on or before May 1,

6        2009 and heard on Friday, June 5 at 10:00 am, per the Local Rules.

7

8  Dated: February 24, 2009

                               ANGELA L. PADILLA

9        SARAH C. MARRIOTT
        ERIN H. REDING

10        ORRICK, HERRINGTON & SUTCLIFFE LLP

11

12        _/s/ Angela L. Padilla_
        Angela L. Padilla

13        Attorneys for Defendant
        City of Oakland

14

15  Dated: February 24, 2009        MICHAEL MILLEN
        CATHERINE SHORT

16

17

18

19        Michael Millen
        Attorneys for Plaintiff

20        Walter B. Hoye, II

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
CASE SCHEDULE (C-07-06411)

I hereby attest that I have permission to file for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ORRICK HERRINGTON & SUTCLIFFE LLP


_____ /s/ Angela L. Padilla _____
Angela L. Padilla
Attorneys for Defendant


Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

2. That the motions for summary judgment shall be filed on or before May 1, 2009 and heard on Friday, June 5 at 10:00 am, per the Local Rules.

Dated February 26, 2009.



HONORABLE                    EYER
UNITE                        JDGE

IT IS SO ORDERED

Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER REGARDING
CASE SCHEDULE (C-07-06411)