MICHAEL MILLEN, Bar No. 151731
Attorney at Law
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Facsimile: (408) 516-9861
mikemillen@aol.com

Catherine Short, Esq. (#117442)
Life Legal Defense Foundation
PO Box 1313
Ojai, CA 93024
(805) 640-1940

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | NO.: C07-6411 CRB<br><br>**ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT** |

　　Based upon stipulation, the court hereby orders that plaintiff may file his Second Amended Complaint.

Dated: April 7, 2009

CHARLES BREYER
U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer