IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, | No. C 07-06411 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant.        / | |

The Court is in receipt of Defendant City of Oakland's Motion for Administrative Relief Pursuant to Civil Local Rule 7-11, through which Defendant seeks to submit the case of McCullen v. Coakley, 2009 WL 1942069 (1st Cir. July 8, 2009).  The Court notes that the parties have stipulated that Defendant's motion should be granted, and that the parties are willing to submit briefs to the Court addressing the McCullen case within a week of the Court's request.

The Court grants Defendant's motion.  The parties shall submit briefs addressing the McCullen case, if they chose to do so, by 4:00 p.m. on Wednesday, July 22, 2009.  The parties' briefs shall be no longer than five (5) pages in length.

**IT IS SO ORDERED.**

Dated: July 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6411\orderreadministrativerelief.wpd