IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II, | No. C 07-06411 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

The Court, having granted Defendant City of Oakland's Motion for Summary Judgment, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 4, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\6411\judgment.wpd