1 | ANGELA L. PADILLA (SBN 154863)
SARAH C. MARRIOTT (SBN 241301)
2 | BENJAMIN C. GEIGER (SBN 245614)
ERIN H. REDING (SBN 252691)
3 | KATHERINE C. LUBIN (SBN 259826)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 | 405 Howard Street
San Francisco, CA 94105
5 | Telephone:   415-773-5700
Facsimile:    415-773-5759
6 | Email:  apadilla@orrick.com

7 | JOHN A. RUSSO (SBN 129729)
VICKI LADEN (SBN 130147)
8 | 1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
9 | Telephone: (510) 238-4941
Facsimile:  (510) 238-6500
10 | Email:  vladen@oaklandcityattorney.org

11 | Attorneys for Defendant
CITY OF OAKLAND

13 | MICHAEL MILLEN
Attorney at Law
14 | 119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
15 | Telephone:   408-871-0777
Fax:           408-516-9861
16 | Email: mikemillen@aol.com

17 | Attorneys for Plaintiff
WALTER B. HOYE, II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER B. HOYE, II, | CASE NO. C 07-06411 (CRB) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO FILE BILL OF COSTS** |
| v. | |
| CITY OF OAKLAND | |
| Defendant. | |

1   WHEREAS, the parties file this stipulation to extend time pursuant to Local Rule 6-2.

2   WHEREAS, the parties have conferred regarding the deadline for Defendant City of
3   Oakland to file a Bill of Costs.

4   WHEREAS, an extension of time to file Bill of Costs would not affect the case's
5   schedule.

6   The parties hereby STIPULATE and AGREE:

7       1. That the deadline for Defendant City of Oakland to file its Bill of Costs shall
8          be extended to August 25, 2009.

Dated: August 18, 2009

ANGELA L. PADILLA
SARAH C. MARRIOTT
ERIN H. REDING
ORRICK, HERRINGTON & SUTCLIFFE LLP


_/s/ Angela L. Padilla_
Angela L. Padilla
Attorneys for Defendant
City of Oakland

Dated: August 18, 2009

MICHAEL MILLEN



_/s/ Michael Millen_
Michael Millen
Attorneys for Plaintiff
Walter B. Hoye, II

1  I hereby attest that I have permission to file for any signatures indicated by a "conformed" signature ("/s/") within this electronically filed document.

ORRICK HERRINGTON & SUTCLIFFE LLP

         /s/ Angela L. Padilla
         Angela L. Padilla
         Attorneys for Defendant

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. That the deadline for Defendant City of Oakland to file a Bill of Costs is hereby extended until August 25, 2009.

Dated August 19, 2009.

OHS West:260712319.1

_____
HONORABLE CHARLES BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer