MICHAEL MILLEN, Bar No. 151731
Attorney at Law
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Facsimile: (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

JESSICA S. PERS (STATE BAR NO. 77740)
jpers@orrick.com
KATHERINE C. LUBIN (STATE BAR NO. 259826)
klubin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard St.
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

BARBARA J. PARKER (STATE BAR NO. 69722)
JAMES HODGKINS (STATE BAR NO. 142561)
City of Oakland
1 Frank Ogawa Plaza, 6th Fl.
Oakland, CA 94612

Attorneys for Defendant
CITY OF OAKLAND
Telephone: (510) 238-4779
Facsimile: (510) 238-6500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER B. HOYE, II,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | NO.: C07-6411 CRB<br><br>**ORDER TO CONTINUE MOTION PROCEEDINGS** |

Based upon stipulation and good cause appearing, the court hereby orders as follows:

a) Plaintiff's Motion for Entry of Judgment (docket #212) will be heard on August 10, 2012 at 10 a.m. The briefing schedule on that Motion will be as originally set. Defendant's opposition will be filed no later than June 14, 2012 and plaintiff's reply will be filed no later than June 21, 2012.

b) Plaintiff's Motion for Attorney's Fees (docket #213), as amended, will also be heard on August 10, 2012 at 10:00 a.m. Plaintiffs will file a revised Memorandum in support of that motion to comply with the Court's Standing Order No. 5.

c) The parties have requested that the Court alter the briefing schedule for the Motion for Attorney's Fees. Plaintiff's amended motion will be filed no later than June 20, 2012; defendant's opposition brief is due on July 13, 2012 and plaintiff's reply is due on July 27, 2012.

Dated: June 18, 2012



Judge Charles R. Breyer
IT IS SO ORDERED